## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| S.W., a minor, by her parent and next friend, SHANNON WEEMS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 14-cv-1245 (TSC) (AK) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

On November 18, 2014, the magistrate judge's amended report and recommendation was entered and the parties were allowed fourteen (14) days to file objections to the recommendations made by the magistrate judge. No objections have been filed as of this date.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the Court hereby ADOPTS the report and ACCEPTS the recommendations of the magistrate judge; and it is therefore

**ORDERED** that paragraphs 56 and 57 of the Complaint be stricken from the record; and it is further

**ORDERED** that Defendant's motion to dismiss (ECF No. 4) is otherwise **DENIED**.

Date: December 10, 2014

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge